## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| ANNA WELNOWSKA and JERZY SENDOREK, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTWARD MANAGEMENT, INC. d/b/a Westward Property Management and THE GIRARD LAW GROUP, P.C.,<br><br>Defendants. | Case No. 13 C 6244<br><br>Judge Chang<br><br>Magistrate Kim |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO THE GIRARD LAW GROUP, P.C.

Plaintiffs Anna Welnowska and Jerzy Sendorek ("Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismiss all of their claims against The Girard Law Group, P.C. ("Girard") in the aove-captioned litigation without prejudice.[1]

ANNA WELNOWSKA and JERZY SENDOREK, Plaintiffs,

By: /s Paul F. Markoff
One of Plaintiffs' Attorneys

Paul F. Markoff
Karl G. Leinberger
Markoff Leinberger LLC
134 N LaSalle St Ste 1050
Chicago IL 60602
312.726.4162 (p)
312.674.7272 (f)
paul@markleinlaw.com

---

[1] Rule 41 states that Plaintiffs are entitled simply to file a notice of dismissal, because Girard has not answered or moved for summary judgment. Girard has moved to dismiss, but Girard agrees to this dismissal without prejudice. This Notice of Dismissal does not apply to co-defendant Westward Management, Inc.

## CERTIFICATE OF SERVICE

      I certify that I served a copy of this *Plaintiffs' Notice of Dismissal Without Prejudice as to The Girard Law Group, P.C..* on the following electronically by using the CM/ECF system on this 17th day of January, 2014:

Lawrence S. Gosewisch lgosewisch@amm-law.com)
David J. Altschuler (daltschuler@amm-law.com)
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago IL 60603

James J. Sipchen (jsipchen@pretzel-stouffer.com)
Matthew J. Ligda (mligda@pretzel-stouffer.com)
Pretzel & Stouffer, Chartered
1 S Wacker Dr Ste 2500
Chicago IL 60606

                                                    s/ Paul F. Markoff
                                                    Paul F. Markoff