IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA WELNOWSKA and JERZY SENDOREK, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WESTWARD MANAGEMENT, INC. d/b/a Westward Property Management, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 13-cv-6244 <br><br> Judge Edmond E. Chang |

**STIPULATION OF DISMISSAL**

Plaintiffs Anna Welnowska and Jerzy Sendorek and Defendant Westward Management, Inc. hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs.

STIPULATED AND AGREED:

JERZY SENDOREK

Name: /cy Sendorek

Date: 03/04/2015

*Pro Se*

ANNA WELNOWSKA

Name: [signature]

Date: 03/05/2015

*Pro Se*

WESTWARD MANAGEMENT, INC d/b/a
Westward Property Management

By: [signature]
Lawrence S. Gosewisch / David Altschuler
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
lgosewisch@amm-law.com

*Attorneys for Defendant Westward Management, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the above and foregoing document was served on the *pro se* plaintiffs via U.S. Mail and e-mail on March 4, 2015.

_____
David Altschuler